# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150446(31)

DELLA DOTSON,
             Plaintiff-Appellee,

v

GARFIELD COURT ASSOCIATES, LLC,
d/b/a GARFIELD COMMONS, and
BROOKLINE MANAGEMENT COMPANY,
             Defendants-Appellants.
_____/

SC:  150446
COA:  315411
Macomb CC:  2011-003427-NI

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply in support of the application for leave to appeal is GRANTED. The reply submitted on January 16, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2015



Clerk